UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS W. BALL, an individual,

        Plaintiff,

   v.

MIKE JOHANNS, et al,

        Defendants.

           NO. CIV. S-07-1190 LKK/DAD

O R D E R

    A status conference was held in chambers on September 4, 2007. After hearing, the court orders as follows:

    1.   A further status conference is set for December 17, 2007 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: September 4, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1