```
 1
 2
 3
 4
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DENNIS W. BALL, an individual,
11                      Plaintiff,
12          v.                              CIV. NO. S-07-1190 LKK/DAD
13  MIKE JOHANNS, in his official
    capacity as Secretary of the
14  United States Department of
    Agriculture; UNITED STATES
15  DEPARTMENT OF AGRICULTURE, a
    department of the United States;
16  DOES ONE THROUGH TEN,
17                      Defendants.
    _____/
18  DENNIS W. BALL, an individual,
    INDIAN SPRINGS VINEYARDS, a
19  California partnership,
20                      PlaintiffS,
21          v.                              CIV. NO. S-07-1618 LEW/GGH
22  PREMIER WEST BANK, an Oregon
    banking corporation; DOES ONE
23  THROUGH THIRTY, inclusive,
                                                  RELATED CASE ORDER
24                      Defendants.
    _____/
25
26  ////
```

1

1    Examination of the above-entitled actions reveals that
2 these two (2) actions are related within the meaning of Local Rule
3 83-123(a) (E.D. Cal. 1997). The actions involve some of the same
4 parties, and are based on the same or similar claims, the same
5 property, transaction or event, similar questions of fact and the
6 same question of law.

7    Accordingly, the assignment of the matters to the same judge
8 and magistrate judge is likely to effect a substantial savings of
9 judicial effort and is also likely to be convenient for the
10 parties.

11    The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that the two (2) actions
13 are assigned to the same judge and magistrate judge; no
14 consolidation of the actions is effected.  Under the regular
15 practice of this court, related cases are generally assigned to the
16 judge and magistrate judge to whom the first filed action was
17 assigned.

18    IT IS THEREFORE ORDERED that the action denominated CIV. NO.
19 S-07-1618 LEW/GGH and the same hereby is, reassigned to Judge
20 Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all
21 further proceedings, and any dates currently set in this reassigned
22 case _only_, including any hearing dates currently set before Judge
23 Burrell, are hereby VACATED.  The parties are directed to re-notice
24 any previously-filed motions for hearing before the undersigned.
25 Henceforth, the caption on documents filed in the reassigned case
26 shall be shown as CIV. NO. S-07-1618 LKK/DAD.

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    DATED: September 4, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT