1 | ZACHARY SMITH, ESQ. (SBN 07824)
2 | STEPHEN M. LERNER, ESQ. (SBN 176645)
  | MICHAEL S. WILCOX, ESQ. (SBN 215269)
  | McDONOUGH HOLLAND & ALLEN PC
3 | Attorneys at Law
  | 555 Capitol Mall, 9th Floor
4 | Sacramento, CA  95814
  | Phone: 916.444.3900
5 | Fax:    916.444.3249

6 | Attorneys for Defendant Premier West Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| DENNIS W. BALL, an individual, | Case No. S-07-01190 LKK/DAD |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE TO FILE AND SERVE RESPONSE |
| v. | |
| MIKE JOHANNS, in his official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE, a department of the United States; DOES ONE THROUGH TEN, inclusive; | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| PREMIER WEST BANK, a banking corporation, | |
| Defendants. | |

IT IS HEREBY AGREED by and between the parties hereto as follows, and subject to approval of this Court:

Plaintiff UNITED STATES OF AMERICA (hereinafter "Plaintiff") and Defendant PREMIER WEST BANK (hereafter "Defendant"), by and through their respective counsel,

hereby stipulate that Defendant shall have an extension through and including December 21, 2007 in which to file a response to Plaintiff's Third-Party Complaint. No prior extensions have been requested or granted. Counsel for Defendant needs additional time to complete their review of the administrative record in order to prepare a responsive pleading.

SO STIPULATED

DATED: November 20, 2007

McGREGOR W. SCOTT
United States Attorney


By: /s/ Ana Maria Martel
ANA MARIA MARTEL
Assistant Untied States Attorney

Attorneys for Mike Johanns in his capacity as Secretary of the U.S. Department of Agriculture

DATED: November 21, 2007

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law


By: /s/ Stephen M. Lerner
ZACHARY SMITH
STEPHEN M. LERNER
MICHAEL S. WICLOX


Attorneys for Defendant Premier West Bank

IT IS SO ORDERED.

DATED: November 26, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT