UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS W. BALL, an individual,

          Plaintiff,

    v.

MIKE JOHANNS, in his official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE, a department of the United States; DOES ONE THROUGH TEN,

          Defendants.

_____/

NO. CIV. S-07-1190 LKK/DAD

O R D E R

Pursuant to the court's December 12, 2007 order in Ball v. Johanns, et al., the court ORDERS as follows:

1. Ball v. Johanns, et al., No. 2:07-cv-01190-LKK-DAD and Ball et al. v. PremierWest Bank, No. 2:07-cv-01618-LKK-DAD are hereby CONSOLIDATED;

2. Case No. 2:07-cv-01190-LKK-DAD is designated as the "master file;"

3. The Clerk is directed to copy the operative complaint

1

1 and the answer to the complaint in case no. 2:07-cv-01618-LKK-DAD and to place those copies in the "master file;"

4. The Clerk is directed to administratively close case No. 2:07-cv-01618-LKK-DAD;

5. The parties are directed to file all future pleadings only in case no. 2:07-cv-01190-LKK-DAD;

6. A status conference to set a consolidated schedule is SET for January 28, 2008 at 3:30 PM in Courtroom Number 4.

IT IS SO ORDERED.

DATED: December 12, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2