ZACHARY SMITH, ESQ. (SBN 07824)
STEPHEN M. LERNER, ESQ. (SBN 176645)
MICHAEL S. WILCOX, ESQ. (SBN 215269)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone:  916.444.3900
Fax:     916.444.3249

Attorneys for Defendant Premier West Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| DENNIS W. BALL, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, in his official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE, a department of the United States; DOES ONE THROUGH TEN,<br><br>        Defendants. | Case No. CIV S-07-01190-LKK/DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT OF UNITED STATES DEPARTMENT OF AGRICULTURE** |
| DENNIS W. BALL, an individual, INDIAN SPRINGS VINEYARDS, a California partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>PREMIERWEST BANK, a banking corporation; DOES ONE THROUGH THIRTY, inclusive,<br><br>        Defendants. | |

Plaintiff UNITED STATES OF AMERICA (hereinafter "Plaintiff") and Defendant PREMIER WEST BANK (hereafter "Defendant"), by and through their respective counsel, hereby stipulate, subject to the Court's approval, as follows:



1    The Court has recently denied in part and granted in part with leave to amend, Defendant's
2 motion to dismiss brought under Federal Rule of Civil Procedure 12(b)(6).  Pursuant to Federal Rule
3 of Civil Procedure 12(a)(4)(A), Defendant's response to the original complaint is due within ten (10)
4 days of the date of the Court's Order.  Plaintiff has stated its intent to amend Plaintiff's Third-Party
5 Complaint and the Court has granted fifteen (15) days for such amendment.  The parties hereby
6 agree to extend Defendants' time to respond to the original Third-Party Complaint so that the
7 response will be due five (5) days after the due date of Plaintiff's amendment.  This extension will
8 prevent Defendant from filing a response to the original complaint that will be rendered unnecessary
9 by the Plaintiff's amendment.  Upon Plaintiff's filing of the amended complaint, Defendant shall
10 have the time to respond stated by the Federal Rules of Civil Procedure and the Local Rules of the
11 Court.

12    The parties have previously stipulated to an extension of thirty (30) days for Defendant's
13 response.  The prior extension was necessary to give counsel for Defendant additional time to
14 complete the review of the administrative record in order to prepare its motion to dismiss.

15    **SO STIPULATED**

16 DATED:  January 31, 2008                McGREGOR W. SCOTT
                                                              United States Attorney
17
                                                              By:  _____*/s/ Ana Maria Martel*_____
18                                                                          ANA MARIA MARTEL
                                                                          Assistant Untied States Attorney
19
                                                              Attorneys for Mike Johanns in his capacity as
20                                                            Secretary of the U.S. Department of Agriculture

21 DATED:  January 31, 2008                McDONOUGH HOLLAND & ALLEN PC
                                                              Attorneys at Law
22
                                                              By:  _____*/s/ Michael S. Wilcox*_____
23                                                                          MICHAEL S. WILCOX

24                                                            Attorneys for Defendant Premier West Bank

25
    **IT IS SO ORDERED.**
26
 DATED:  February 4, 2008.
27
                                                              LAWRENCE K. KARLTON
                                                              SENIOR JUDGE
28                                                            UNITED STATES DISTRICT COURT

